UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DAZZLE SOFTWARE II, LLC**, and
**L AND L GOLD ASSOCIATES, INC.**,

    Plaintiffs,

v.

**JOHN KINNEY**, and
**CENTRAL OHIO SCRAP METAL CO.**,

    Defendants.
_____/

Case No. 16-12191
Hon. Matthew F. Leitman

## ORDER DECLINING TO GRANT APPLICATION FOR SEIZURE OF STORAGE DEVICES AND COMPUTERS ON AN *EX PARTE* BASIS (ECF # 2)

In this action, Plaintiffs Dazzle Software II, LLC and L and L Gold Associates, Inc. (collectively "Plaintiffs") allege that Defendants John Kinney and Central Ohio Scrap Metal (collectively "Defendants") stole trade secrets and other intellectual property. (*See* Verified Compl., ECF #1.) Plaintiffs have filed an *ex parte* application for entry of an order directing the United States Marshals to seize from Defendants certain computers and computer storage devices (the "Application"). (*See* ECF #2.) Plaintiffs seek this relief under the Defend Trade Secrets Act of 2016, 18 U.S.C. §1836 *et. seq.*

The Court has reviewed the Verified Complaint and Application, and the Court declines to grant the requested relief on an *ex parte* basis. Plaintiffs shall

1

serve the Verified Complaint and Application upon Defendants and file proof of such service with the Court.  Upon that filing, the Court will schedule a hearing on the Application on an expedited basis.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 15, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 15, 2016, by electronic means and/or ordinary mail.

s/Amanda Chubb for Holly A. Monda
Case Manager
(810) 341-9764