UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAZZLE SOFTWARE II, LLC, et al.

    Plaintiffs,                                      Case No. 16-cv-12191
                                                      Hon. Matthew F. Leitman

v.

JOHN KINNEY, et al.,

    Defendants.

_____/

**NOTICE OF HEARING ON PLAINTIFFS' EX PARTE APPLICATION FOR SEIZURE OF COMPUTER STORAGE DEVICES AND COMPUTERS PURSUANT TO THE DEFEND TRADE SECRETS ACT OF 2016 (ECF #2)**

On June 14, 2016, counsel for Plaintiffs filed an Ex Parte Application for Seizure of Computer Storage Devices and Computers Pursuant to the Defend Trade Secrets Act of 2016. (*See* ECF #2).

**IT IS HEREBY ORDERED** that Defendants shall respond to Plaintiffs' application no later than **Thursday, July 7, 2016**.

**IT IS HEREBY ORDERED** that the parties shall appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Courtroom 242, Detroit, Michigan, on **Friday, July 15, 2016 at 10:00 a.m.** for a hearing on Plaintiffs' application.

**IT IS SO ORDERED.**

                                                         s/Matthew F. Leitman
                                                         MATTHEW F. LEITMAN
                                                        UNITED STATES DISTRICT JUDGE

Dated: June 24, 2016

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 24, 2016, by electronic means and/or ordinary mail.

                                                    s/Holly A. Monda  
                                                    Case Manager  
                                                    (313) 234-5113